
Copies served 6/8/07 JJM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

HEIDI CRONKRITE

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-57 (GHL)

<u>Bradford Riendeau, Esq. (CJA)</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

<u>XX</u> guilty __ nolo contendere] as to count <u>1 as amended on the record</u>

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlawful possession of marijuana, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 221.05 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** August 25, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $50.00 and a $5.00 special assessment. Total fine and assessment amount to $55.00, payable no later than June 15, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the **original Count 1** is dismissed on motion of the United States.

_____June 4, 2007_____
Date of Imposition of Sentence

_____6/7/07_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge