UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | |
| HEIDI CONKRITE | Case Number: 7:07-CR-57 (GHL) |
| | Bradford Riendeau, Esq. (CJA) |
| | Attorney for Defendant |

**Judgment dated June 7, 2007 is AMENDED to correct spelling of Defendant's last name to be CONKRITE.** All other terms of the judgment remain the same.

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count  1 as amended on the record 

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Unlawful possession of marijuana, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 221.05 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:**  August 25, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $50.00 and a $5.00 special assessment.  Total fine and assessment amount to $55.00, payable no later than June 15, 2007.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the **original Count 1**is dismissed on motion of the United States.

        June 4, 2007        
Date of Imposition of Sentence


        June 11, 2007        
DATE SIGNED

George H. Lowe
United States Magistrate Judge